**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-2106**

---

ALICIA M. DENNIS,

        Plaintiff - Appellant,

    v.

BANK UNITED, Assignee of FDIC as Receiver for Bank United, FSB;
BANK OF AMERICA NATIONAL ASSOCIATION; BAC HOME LOANS SERVICING,
LP,

        Defendants – Appellees,

   and

STEVEN HAROLD GREENFELD, Chapter 7 Trustee,

        Trustee.

---

**No. 11-2109**

---

ALICIA M. DENNIS,

        Plaintiff - Appellant,

    v.

U.S. BANK, NATIONAL ASSOCIATION; S. PRINCE AURORA, as
Trustee for Aurora Mortgage; JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,

        Defendants – Appellees,

   and

STEVEN HAROLD GREENFELD, Chapter 7 Trustee,

Trustee.

---

**No. 11-2110**

---

ALICIA M. DENNIS,

        Plaintiff - Appellant,

    v.

BANK OF AMERICA NATIONAL ASSOCIATION; BAC HOME LOANS SERVICING, LP,

        Defendants – Appellees,

   and

STEVEN HAROLD GREENFELD, Chapter 7 Trustee,

        Trustee.

---

Appeals from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Chief District Judge. (8:10-cv-03147-RWT; 8:10-cv-03151-RWT; 8:10-cv-03152-RWT; 09-33957 WIL; 10-00303 WIL; 10-00304 WIL; 10-00305 WIL)

---

Submitted: April 19, 2012        Decided: April 24, 2012

---

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Alicia M. Dennis, Appellant Pro Se. John Sears Simcox, SIMCOX & BARCLAY, Annapolis, Maryland; S. Prince Aurora, Vienna, Virginia, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Alicia M. Dennis appeals the district court's orders affirming the bankruptcy court's orders dismissing her complaint filed in the underlying bankruptcy proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dennis v. Bank United, Dennis v. U.S. Bank, National Assoc., Dennis v. Bank of America NA, Nos. 8:10-cv-03147-RWT; 8:10-cv-03151-RWT; 8:10-cv-03152-RWT; 09-33957 WIL; 10-00303 WIL; 10-00304 WIL; 10-00305 WIL (D. Md. Sept. 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED